No. 78–658. UTAH POWER & LIGHT CO. *v.* ENVIRONMENTAL DEFENSE FUND, INC., ET AL.; and

No. 78–678. COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. *v.* ENVIRONMENTAL DEFENSE FUND, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–659. FORSTNER *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 78–660. PLEASANTON GRAVEL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 78–664. NEW YORK SHIPPING ASSN., INC., ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR. C. A. 3d Cir. Certiorari denied.

No. 78–668. DIPP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–677. ARTHUR YOUNG & CO. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 78–682. T. G. MOTORS, INC., OF HOUSTON, DBA TOM GRAY DATSUN *v.* JACKSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–684. AMERICAN SERVICE CORP. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–686. FLEMING *v.* CITIZENS FOR ALBEMARLE, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–691. FOSTER ET AL. *v.* MARYLAND FEDERAL SAVINGS & LOAN ASSN. C. A. D. C. Cir. Certiorari denied.